## STONE v. STATE.
### No. 16357.

Court of Criminal Appeals of Texas.
Nov. 8, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for felony theft; punishment assessed at confinement in the penitentiary for five years.

The indictment properly charges the offense. The record reaches this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## STONE v. STATE.
### No. 16358.

Court of Criminal Appeals of Texas.
Nov. 8, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary; punishment assessed at five years in the penitentiary.

The indictment is in proper form. No statement of facts or bills of exception are brought forward. In such condition nothing is presented for review.

The judgment is affirmed.

## HOLLIS v. STATE.
### No. 16333.

Court of Criminal Appeals of Texas.
Nov. 8, 1933.

M. E. Gates, of Huntsville, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for arson; punishment assessed at two years' confinement in the penitentiary.

The indictment is sufficient to charge the offense. No bills of exception or statement of facts appears in the record. In such condition nothing is presented for review.

The judgment is affirmed.